# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-3159
_____

QUINTON LEE WOODS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
Mark E. Feagle, Judge.

March 6, 2026

PER CURIAM.

DISMISSED as untimely.

ROWE, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Quinton Lee Woods, pro se, Appellant.

No appearance for Appellee.